UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMIN LAKHANI,<br>          Plaintiff,<br>vs.<br><br>AIDA COCONUT GROVE LLC,<br>          Defendants. | Case No.: 22-cv-22224-BB |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, and Defendant, AIDA COCONUT GROVE LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
  *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Ryan Tables
Ryan Tables (FBN: 57599)
  *Attorney for Defendants*
Tables Law Group, P.A.
3475 Sheridan St., Suite 301
Hollywood, Florida 33021
Tel: (786) 269-3554
rtables@gmail.com