UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,

vs.
                          Case No: 22-cv-22224-BB

AIDA COCONUT GROVE LLC,
    Defendant(s).

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, AIDA COCONUT GROVE LLC

Plaintiff, AMIN LAKHANI, and Defendant, AIDA COCONUT GROVE LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendant, AIDA COCONUT GROVE LLC, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Ryan Tables
Ryan Tables (FBN: 57599)
   *Attorney for Defendant*
Tables Law Group, P.A.
3475 Sheridan St., Suite 301
Hollywood, Florida 33021
Tel: (786) 269-3554
rtables@gmail.com